IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Case No. 16-1384 SAG

ROBERT LEE OWENS

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Melissa Moore, Esq., AFPD_____, and the Government was represented by Assistant United States Attorney _____Michael Hanlon, Esq._____, it is

**ORDERED,** this \_\_25th\_\_ day of \_\_May, 2016\_\_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_/s/ Stephanie A. Gallagher_
Stephanie A. Gallagher
United States Magistrate Judge