# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 16-1384SAG |
| Robert Lee Owens | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _____ May 25, 2016 _____

_M. Robert L. Owens_
*Defendant's signature*

_____
*Signature of defendant's attorney*

Melissa Moore
*Printed name and bar number of defendant's attorney*

Federal Defender's Office
*Address of defendant's attorney*

Melisa_Moore@fd.org
*E-mail address of defendant's attorney*

410.962.3962
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*